# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JIMMY RAY BROWN,

Petitioner,

v.

ED SILVA,

Respondent.

Case No. 1:26-cv-03347-EPG-HC

ORDER RE: STATUS AND TERMINATING MOTION

(ECF No. 10)

On November 9, 2026, the Court issued an order for Respondent to file a response. (ECF No. 7.) That same day, the Court received the instant motion for status and review and order for response. (ECF No. 10.) The Court is aware that the petition has been pending and that Petitioner is waiting for the Court to rule. The Court does not have an estimate for that ruling but will do so as promptly as possible given the hundreds of habeas petitions pending before the Court. The Court notes that it generally is unable to respond in writing to individual inquiries regarding the status of the case.

The Court DIRECTS the Clerk of Court to TERMINATE Petitioner's motion for status (ECF No. 10).

IT IS SO ORDERED.

Dated: **November 10, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE